# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 708 |
| | : | |
| DESIGNATION OF CHAIR AND VICE- | : | SUPREME COURT RULES |
| CHAIR OF THE CONTINUING LEGAL | : | |
| EDUCATION BOARD | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 27th day of September, 2016, Kenneth J. Horoho, Jr., Esquire, is hereby designated as Chair and Gretchen A. Mundorff, Esquire, as Vice-Chair of the Continuing Legal Education Board commencing January 1, 2017.